UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:  Ronald K. Friend                                                        CASE NO. 12-33296-KLP

                                                                                                    CHAPTER 13

## ORDER APPROVING ATTORNEY COMPENSATION

The attorney for Debtors(s) filed an application for supplemental compensation stating that he is entitled to receive as supplemental compensation the amount of **$250.00** in connection with the following:

1. The Attorney has provided services to the Debtor(s) in connection with the filing of a post confirmation modified plan filed with this Court on **10/7/14**.

There being no objection filed to the application for compensation in this matter to date in the amount of **$250.00** and that the Chapter 13 trustee, **Carl M. Bates,** is authorized to pay an additional **$250.00** to Robert B. Duke, Jr. from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

UNITED STATES BANKRUPTCY COURT

May 5 2015

By /s/ Keith L. Phillips_____
                                    Judge

Notice of Order Entered on Docket
May 6 2015_____

I ask for this:

_____
/s/ Robert B. Duke, Jr.
Robert B. Duke, Jr., VSB# 74070, Counsel for Debtor
2312 Boulevard
Colonial Heights, VA  23834
Tel. 804-520-2428
Fax: (804)518-5121

Seen and agreed

/s/ Carl M. Bates
**Carl M. Bates**

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

<u>/s/ Robert B. Duke, Jr.</u>
Robert B. Duke, Jr.

Please send a copy of this Order to:

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218-1819

Ronald K. Friend, Debtor
9310 Centerway Drive
Glen Allen, VA  23059